Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff
Ideavillage Products Corp.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-14-19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP., *Plaintiff* <br><br> V. <br><br> 001XIAOPUZI, *et al.*, *Defendants* | **CIVIL ACTION No.** **19-cv-9160 (LAP)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ideavillage Products Corp. ("Ideavillage" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendants Aimensmoon, annapolis, bismarck, florida, fontana, freebuyshop, hlanghaiwalng, kansasdeal, Llano, Manche, michigan, mississippi, oakland, shineweb, sunchunhua90 and WEIXIAO111 in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: November 13, 2019                    Respectfully submitted,

                                            **EPSTEIN DRANGEL LLP**

                                            BY: _____
                                            Danielle S. Yamali (DY 4228)
                                            dfutterman@ipcounselors.com
                                            EPSTEIN DRANGEL LLP
                                            60 East 42nd Street, Suite 2520
                                            New York, NY 10165
                                            Telephone:  (212) 292-5390
                                            Facsimile:  (212) 292-5391
                                            *Attorney for Plaintiff*
                                            *Ideavillage Products Corp.*

**It is so ORDERED.**

Signed at New York, NY on November 14, 2019.

_____
Judge Loretta A. Preska
United States District Judge