Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*Ideavillage Products Corp.*

```
USDC S[DNY]
DOCUM[EN]T
EL[ECTRONIC]ALLY FILED
DOC #
DATE FILED: 12-17-19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP.,<br>*Plaintiff*<br><br>V.<br><br>001XIAOPUZI, *et al.*,<br>*Defendants* | **CIVIL ACTION No.**<br>**19-cv-9160 (LAP)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ideavillage Products Corp. ("Ideavillage" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendant Ajanta in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: December 16, 2019                          Respectfully submitted,

                                                                              **EPSTEIN DRANGEL LLP**

BY: _____
      Brieanne Scully (BS 3711)
      bscully@ipcounselors.com
      EPSTEIN DRANGEL LLP
      60 East 42nd Street, Suite 2520
      New York, NY 10165
      Telephone:  (212) 292-5390
      Facsimile:   (212) 292-5391
      *Attorney for Plaintiff*
      *Ideavillage Products Corp.*

**It is so ORDERED.**

Signed at New York, NY on December 17, 2019.

_____
Judge Loretta A. Preska
United States District Judge

2