ate: November 18, 2021

Hon. Loretta A. Preska

U.S. District Court

Re: Ideavillage Products Corp. v. 001XIAOPUZI, et al, 19-cv-9160-LAP

Dear Judge Preska:

    I am the defendant venus rainbows in the IDEAVILLAGE PRODUCTS Corp. v. 001XIAOPUZI, et al litigation, Case No. 19-cv-9160-LAP. I write to respectfully request an extension nunc pro tunc of time from the original due date: November 1, 2019 to a new deadline: December 18, 2021 to file my Answer.

    I ask for this extension because I am pro se, and it was difficult for me to meet this deadline because lack of professional legal support. In addition, I need time to coordinate with NYLAG's Pro Se Clinic regarding how to proceed.

    This is my first request for an extension.

    I have conferred with opposing counsel about this request for an extension, sent request email to their
mailbox npaolucci@ipcounselors.com and rmaiman@ipcounselors.com on 10/22/2021, and also left message via their
website http://www.ipcounselorslawsuit.com/ideavillage-001 on 10/22/2021.   However, opposing counsel did not respond. I thank the Court in advance for its consideration.

Respectfully submitted,

*Quan Liu*

Quan Liu, Pro se Defendant

Address：C1017, Hall 5, South China City,
Longgang, Shenzhen, Guangdong,518100, China，
Tel:+86-15818717160
Email:234112521@qq.com