UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP.,<br><br>                    Plaintiff,<br><br>-against-<br><br>001XIAOPUZI, et al.,<br><br>                    Defendants. | No. 19-CV-9160 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　Counsel and Quan Liu shall confer and submit to the Court a proposed discovery schedule no later than January 10, 2022.

**SO ORDERED.**

Dated:    December 21, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1