Date: January 10, 2022

Re:   Ideavillage Products Corp. v. 001xiaopuzi, et al.
      Civil Case No. 19-cv-9160
      Proposed Discovery Schedule

Dear Judge Preska,

I Defendant Venus Rainbows in the above-referenced action. In accordance with the directives of the Court's December 21, 2021 Order (Dkt. 62), together with Plaintiff's Counsel, the parties have agreed on a proposed discovery schedule.

The parties have agreed to complete discovery as follows:

* • The parties' deadline to serve written discovery demands is February 21, 2022;
* • The parties are to respond to the written discovery demands by March 21, 2022;
* • Depositions are to be completed by April 25, 2022; and
* • Expert discovery (if any) is to be completed by May 25, 2022.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*Quan Liu*

Quan Liu, Pro se Defendant

Address: C1017, Hall 5, South China City,
Longgang, Shenzhen, Guangdong, China
Tel:+86 15818717160
Email:234112521@qq.com