

Epstein Drangel LLP
60 East 42nd Street, Suite 2520, New York, NY 10165
T: 212.292.5390  •  E: mail@ipcounselors.com
www.ipcounselors.com

January 10, 2022

**VIA ECF**
Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      **Re:** *Ideavillage Products Corp. v. 001xiaopuzi, et al.*
         **Civil Case No. 19-cv-9160**
         **Proposed Discovery Schedule**

Dear Judge Preska,

  We represent Plaintiff Ideavillage Products Corp. ("Plaintiff" or "Ideavillage") in the above-referenced action.[1] In accordance with the directives of the Court's December 21, 2021 Order (Dkt. 62), together with Defendant Venus Rainbows, the parties have agreed on a proposed discovery schedule.

  The parties have agreed to complete discovery as follows:

- The parties' deadline to serve written discovery demands is **February 21, 2022**;
- The parties are to respond to the written discovery demands by **March 21, 2022;**
- Depositions are to be completed by **April 25, 2022**; and
- Expert discovery (if any) is to be completed by **May 25, 2022.**

  We thank the Court for its time and attention to this matter.

                  Respectfully submitted,

                  **EPSTEIN DRANGEL LLP**
                  BY: /s/ Danielle S. Futterman
                  Danielle S. Futterman (DY 4228)
                  dfutterman@ipcounselors.com
                  60 East 42nd Street, Suite 2520
                  New York, NY 10165
                  Telephone: (212) 292-5390
                  Facsimile: (212) 292-5391
                  *Attorneys for Plaintiff*

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary.