

January 10, 2022

**VIA ECF**
Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> The proposed schedule is approved and SO ORDERED. The parties shall appear by telephone for a status conference on April 25, 2022 at 9:30 a.m. EDT using the following information.
> Dial-in (USA): (877) 402-9753
> Dial-in (International): (636) 651-3141
> Access code:  6545179.
>
> /s/ Loretta A. Preska
> 1/10/2022

      Re:    *Ideavillage Products Corp. v. 001xiaopuzi, et al.*
             Civil Case No. 19-cv-9160
             <u>Proposed Discovery Schedule</u>

Dear Judge Preska,

    We represent Plaintiff Ideavillage Products Corp. ("Plaintiff" or "Ideavillage") in the above-referenced action.[1] In accordance with the directives of the Court's December 21, 2021 Order (Dkt. 62), together with Defendant Venus Rainbows, the parties have agreed on a proposed discovery schedule.

    The parties have agreed to complete discovery as follows:

- The parties' deadline to serve written discovery demands is **February 21, 2022**;
- The parties are to respond to the written discovery demands by **March 21, 2022;**
- Depositions are to be completed by **April 25, 2022**; and
- Expert discovery (if any) is to be completed by **May 25, 2022.**

    We thank the Court for its time and attention to this matter.

                                            Respectfully submitted,

                                            **EPSTEIN DRANGEL LLP**
                                            BY: <u>/s/ Danielle S. Futterman</u>
                                            Danielle S. Futterman (DY 4228)
                                            <u>dfutterman@ipcounselors.com</u>
                                            60 East 42nd Street, Suite 2520
                                            New York, NY 10165
                                            Telephone: (212) 292-5390
                                            Facsimile: (212) 292-5391
                                            *Attorneys for Plaintiff*

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary.