UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Ideavillage Products Corp.,          :
                                     :    19 cv 9160 (LAP)
                   Plaintiff(s),     :
                                     :    <u>ORDER</u>
        -against-                    :
                                     :
001XIAOPUZI, et al.,                 :
                   Defendant(s).     :
                                     :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

        Counsel shall confer and inform Judge Preska by letter no later than February 24, 2023 of the status of the action/remaining claims/defendants.

SO ORDERED.

*Loretta A. Presley* (signature)

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: February 15, 2023

New York, New York